PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00026-01** |
| ) | |
| **Randi Sue PEDERSON** ) | |
| ) | |

On November 9, 2004, the above-named was placed on probation for a period of 18months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS
United States Probation Officer**

Dated:      April 6, 2006
            Elk Grove, California
            RWE:RWE:kms

**REVIEWED BY:**      /s/ Deborah A. Spencer
            **DEBORAH A. SPENCER
            Supervising United States Probation Officer**

**Re: Randi Sue PEDERSON**
    **Docket Number:   2:05CR00026-01**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Dated:  April 19, 2006

>   /s/ Garland E. Burrell, Jr.
>   GARLAND E. BURRELL, JR.
>   United States District Judge

RWE:RWE:kms
Attachment:   Recommendation

cc:   United States Attorney's Office